UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LEON GREATHOUSE,

                              Plaintiff,                    20-CV-08748 (PAE) (SN)

              -against-                                     **ORDER**

FREDDIE VASQUEZ, et al.,

                              Defendants.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 2/11/2021 __

**SARAH NETBURN, United States Magistrate Judge:**

On February 8, 2021, Plaintiff filed a letter with the Court requesting an extension of time to serve retired Officer Freddie Vasquez, who was not available for service at the 28th Precinct. See ECF No. 15. The request is GRANTED, and Plaintiff shall have an additional 60 days to serve Mr. Vasquez, pursuant to Federal Rule of Civil Procedure 4(m). Because Plaintiff is proceeding IFP, he is entitled to have service effected by the U.S.M.S. Accordingly, Assistant Corporation Counsel for the City of New York is ORDERED to either accept service on behalf of Mr. Vasquez, or locate his last known address and file it via letter by February 19, 2021.

Finally, Plaintiff provided an updated address in his letter, which is incorrectly noted on the docket. The address should remove the correctional facility, and should read as follows: 527 W. 151st Street, Apt. 7, New York, NY 10031. Respectfully, the Clerk of Court is directed to correct Plaintiff's address on the docket and mail a copy of this Order to his address.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
            February 11, 2021