

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 23, 2021

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-218
NEW YORK, NY 10007

ALESSANDRA DECARLO
*Assistant Corporation Counsel*
phone: (212) 356-2469
adecarlo@law.nyc.gov

March 22, 2021

**BY ECF**
Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>Leon Greathouse v. Freddie Vasquez, et al.</u>
            20 CV 8748 (PAE) (SN)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel for the City of New York, and attorney for defendant City of New York in the above-referenced matter. This office respectfully writes to provide information pursuant to the Court's Order dated February 11, 2021.

    By way of background, plaintiff Leon Greathouse alleges that, on or about June 12, 2000, he was unlawfully arrested and arraigned for on a charge of Murder in the Second Degree. (Civil Docket No. 2). Plaintiff was subsequently convicted in two subsequent unrelated criminal cases, and alleges that during his incarceration on those convictions he was produced to Manhattan criminal court multiple times for appearances on the murder case. Plaintiff further alleges that the murder case was dismissed on October 19, 2017. Liberally construing the Complaint, filed on October 19, 2020, plaintiff asserts claims for false arrest and malicious prosecution, *inter alia*, pursuant to 42 U.S.C. § 1983.

    As Your Honor may recall, on February 11, 2021, this Court issued an order directing this office to either accept service on defendant Freddie Vasquez's behalf, or locate his last known address. (Civil Docket No. 17). Since that time, this office has undertaken an investigation to ascertain Mr. Vasquez's correct address for service of process or obtain his consent for waiver of service on his behalf. This office was able to locate Mr. Vasquez, who has informed the undersigned that he no longer lives within the 100 mile jurisdiction for service of

process. However, Mr. Vasquez has designated the Deputy Commissioner of Legal Services of the New York City Police Department as his agent to accept service on his behalf. As such, this office respectfully requests that the Court permit Mr. Vasquez to be served at the following location:

> Freddy Vasquez (retired), Tax ID 886669
> New York City Police Department
> Care of Deputy Commissioner, Legal Matters
> One Police Plaza, Room 110C
> New York, New York 10007

Because the Plaintiff is proceeding IFP, he is entitled to have service affected by the U.S.M.S. Accordingly, the Clerk of Court is directed to inform the U.S.M.S. to serve Defendant Freddy Vasquez at the address provided by Assistant Corporation Counsel, and shall file proof of service on the docket no later than April 23, 2021. Respectfully, the Clerk of Court shall mail a copy of this Order to the Plaintiff.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 23, 2021
   New York, New York

cc:   **By First-Class Mail**
   Leon Greathouse
   *Pro se* plaintiff
   527 W. 151st Street, Apt. 7
   New York, New York 10031

cc:   **By ECF**
   Elizabeth Krasnow
   Assistant District Attorney