UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEON GREATHOUSE
    PLAINTIFF

  ANSWER
  20-CV-8748(PAE)(SN)

-AGAINST-

FREDDIE VASQUEZ, CYRUS VANCE, AND
THE CITY OF NEW YORK
     DEFENDANT_____X

---

STATE OF NEW YORK
COUNTY OF NEW YORK)ss.:

I, Leon Greathouse as a Pro Se litigant within this matter, being duly sworn, hereby deposes and says:

1. I Leon Greathouse, am the Plaintiff in this action, and I respectfully submit this ANSWER WITH ITS ATTACHED AFFIDAVIT AND AFFIDAVIT OF SERVICE ATTACHED TO THE COURT AND RESPONDENTS FREDDIE VASQUEZ, CYRUS VANCE AND THE CITY OF NEW YORK LAW DEPARTMENT JAMES E. JOHNSON CORPORATION COUNSEL OF THE CITY OF NEW YORK ATTORNEY FOR DEFENDANTS, ALESSANDRA DECARLO AND ACTING CORPORATION COUNSEL OF THE CITY OF NEW YORK GEORGIA PESTANA

2. Plaintiff resides at the address of 527 west 151 street apt.#7 New York NY 10031

3. Plaintiff seeks Default of Judgement by way of Respondent failing to service a Reply in a timely manner of the courts ORDER set by the Honorable United States Magistrate Judge Sarah Netburn on April 12th, 2021.

4. Plaintiff continues to stand by his claim and all its attached documents in regards to case #20-cv-8748 and now seeks the relief from his established claim by way of a preponderance evidence that substantially supports the courts records to satisfy the claim and provide relief to Plaintiff by the court granting Plaintiff Leon Greathouse a default of judgement in this matter within the interest of justice of this court proceeding together with such other and further relief as the court deems just and proper.

06/26/21

          PLAINTIFF Leon Greathouse

AKHIMIEN EROMOSELE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ER6309974
Qualified in Bronx County
Commission Expires August 18, 2022

6/26/2021

STATE OF NEW to this action YORK
COUNTY OF NEW YORK

AFFIDAVIT OF SERVICE BY MAIL
CASE NO.:20-cv-8748(PAE)(SN)

I.Leon Greathouse,being duly sworn,says,I am over 18 years of age and am a party in this action.

On 06/23/2021,I mailed a true copy of the attached papers,in which are:1.ANSWER AND AFFIDAVIT 2.AFFIDAVIT OF SERVICE enclosed and a properly sealed postpaid certified return receipt sender envelope,which I deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to:

1.THE CITY OF NEW YORK LAW DEPARTMENT 100 CHURCH STREET NEW YORK NEW YORK 10007

2.CLERK OF THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK,U.S.COURTHOUSE 500 PEARL STREET NEW YORK,NEW YORK 10007

PLAINTIFF LEON GREATHOUSE

Sworn to before me this
26 day of June 2021.

NOTARY PUBLIC

AKHIMIEN EROMOSELE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ER6309974
Qualified in Bronx County
Commission Expires August 18, 2022

Case 1:20-cv-08748-PAE-SN   Document 39   Filed 06/28/21   Page 3 of 3

Leon Greathouse
527 West 151 street Apt.#7
New York, NY 10031





U.S. POSTAGE PAID
FCM LG ENV
BRONX, NY
10467
JUN 26, 21
AMOUNT
$1.00
R2304M116094-13

RECEIVED
NY PRO SE
JUN 29 AM 10:31

Pro Se JKR

Clerk of the United States District
Court Southern District of New York
U.S. Courthouse 500 Pearl Street New York
N.Y. 10007



USM P3 SDNY

RECEIVED
JUN 28 2021
CLERK'S OFFICE
S.D.N.Y.

SAT 26 JUN 2021  10:50 PM