

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **SUZANNE FUNES**<br>*Senior Counsel*<br>Phone: (212) 356-2386<br>Fax: (212) 356-3509<br>Email: sfunes@law.nyc.gov |

July 8, 2021

**BY ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    Greathouse v. Vasquez, et al. 20-CV-8748 (PAE)(SN)

Your Honor:

    I am a Senior Counsel in the Office of Georgia Pestana, Acting Corporation Counsel of the City of New York, and the attorney for defendants Freddie Vasquez and the City of New York, in the above-referenced matter. The undersigned writes jointly with defendant District Attorney Cyrus Vance (collectively, "defendants") to respond to plaintiff's motion for default, entered on June 28, 2021. *See* Docket Entry 37. In a nutshell, plaintiff's motion is predicated on the defendants' alleged failure to timely serve their reply on June 23, 2021, in support of defendants' motion to dismiss the complaint, and as ordered by Judge Netburn on April 12, 2021 [Docket Entry No 25]. *See* Docket Entry 37, at pages 1, 4 and 5. Defendants respectfully request that the Court deny plaintiff's motion as moot, as defendants timely filed their reply on June 22, 2021 [Docket Entry 35] and served their reply on June 23, 2021 [Docket Entry 36] in accordance with the Court's June 23, 2021 deadline [Docket Entry No. 25].

    Thank you for consideration.

                                                                              Respectfully submitted,

                                                                              *Suzanne Funes*

        Granted. Plaintiff's motion for default is dismissed as moot. The
        Clerk is respectfully directed to close the motion pending at
        docket 37. SO ORDERED.

                *Paul A. Engelmayer*
        _____
                PAUL A. ENGELMAYER
                United States District Judge
                7/8/2021