UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LEON GREATHOUSE,

                               Plaintiff,

              -against-

FREDDIE VASQUEZ, et al.,

                              Defendants.

-----------------------------------------------------------X

20-CV-08748 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On January 28, 2022, the Court held an Initial Pretrial Conference in this case. Defendant Vasquez appeared; Plaintiff did not. Upon receipt of this Order, Plaintiff is directed to contact the Court to confirm his contact information. Plaintiff may contact the Court by phone at (212) 805-0286, by email at Netburn_NYSDChambers@nysd.uscourts.gov, or by physical mail. Physical mail should be addressed to the Honorable Sarah Netburn, United States District Court, Southern District of New York, 40 Foley Square, New York, NY 10007.

       Plaintiff is reminded that, if his mailing address has changed, he should file a Notice of Change of Address. The form is enclosed with the copy of this Order mailed to Plaintiff and is available at: https://www.nysd.uscourts.gov/sites/default/files/2018-06/notice-of-change-of-address-for-pro-se-litigants.pdf. The Clerk of Court is respectfully directed to mail a copy of this Order, a copy of Judge Engelmayer's Opinion & Order (ECF No. 51), and a copy of the Notice of Change of Address for pro se litigants to the pro se Plaintiff.

SO ORDERED.

DATED:     January 31, 2022
                New York, New York

SARAH NETBURN
United States Magistrate Judge