UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LEON GREATHOUSE,

                               **Plaintiff,**                    20-CV-08748 (PAE)(SN)

                 -against-                             **ORDER**

FREDDIE VASQUEZ, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On January 28, 2022, pro se Plaintiff Greathouse failed to appear for the Initial Pretrial Conference in this case. The Court subsequently directed Plaintiff to contact the Court to confirm his contact information. Over four weeks have passed since that order, and the Court has not received any communication from Plaintiff.

       A plaintiff has a general obligation to prosecute his case diligently. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 43 (2d Cir. 1982). Under Federal Rule of Civil Procedure 41(b), the Court, on its own initiative, may dismiss an action for failure to prosecute. See Link v. Wabash R.R. Co., 370 U.S. 626, 629 (1962). In deciding whether to dismiss an action for failure to prosecute, the Court must consider five factors: "(1) the duration of the plaintiff's failure to comply with the court order, (2) whether plaintiff was on notice that failure to comply would result in dismissal, (3) whether the defendants are likely to be prejudiced by further delay in the proceedings, (4) a balancing of the court's interest in managing its docket with the plaintiff's interest in receiving a fair chance to be heard, and (5) whether the judge has adequately

considered a sanction less drastic than dismissal." Baptiste v. Sommers, 768 F.3d 212, 216 (2d Cir. 2014) (internal quotation marks omitted).

By Wednesday, March 16, 2022, the plaintiff must inform the Court of his intentions to prosecute this case. Plaintiff may contact the Court by phone at (212) 805-0286, by email at Netburn_NYSDChambers@nysd.uscourts.gov, or by physical mail. Physical mail should be addressed to the Honorable Sarah Netburn, United States District Court, Southern District of New York, 40 Foley Square, New York, NY 10007. If Plaintiff fails to do so, the Court may dismiss his action without prejudice for failure to prosecute.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:   March 2, 2022
         New York, New York