UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LEON GREATHOUSE,

                    **Plaintiff,**                20-CV-08748 (PAE)(SN)

    -against-                                **ORDER**

FREDDIE VASQUEZ, et al.,

                    **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      The parties' June 16, 2022 status letter indicates that they are amenable to attending a settlement conference should their settlement discussions not yield a resolution. If it would be productive at this time, the parties are encouraged to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

      The parties shall file a joint letter informing the Court as to the status of discovery by August 5, 2022.

**SO ORDERED.**

DATED:    June 17, 2022
               New York, New York

                                                SARAH NETBURN
                                               United States Magistrate Judge