UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LEON GREATHOUSE,

                              **Plaintiff,**                        20-CV-08748 (PAE)(SN)

      -against-                                            **ORDER**

FREDDIE VASQUEZ, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      The discovery conference currently scheduled for Thursday, November 3, 2022, is RESCHEDULED for Wednesday, November 2, 2022, at 11:30 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 31, 2022
                New York, New York