UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LEON GREATHOUSE,

                        Plaintiff,

         -against-

FREDDIE VASQUEZ, et al.,

                        Defendants.

-----------------------------------------------------------------X

20-CV-08748 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    The parties have entered a settlement agreement in principle. Accordingly, all discovery deadlines are ADJOURNED without date. The parties shall file a stipulation of dismissal by December 23, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 9, 2022
                New York, New York